

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2015

No. 04-15-00278-CR

Sindey R. **DENBINA**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8319
Honorable Steve Hilbig, Judge Presiding

# O R D E R

The Court Reporter's Motion for Extension of Time to file Reporter's Record has been GRANTED. Time is extended to August 24, 2015. NO FURTHER EXTENSIONS WILL BE ALLOWED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court